UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Dura Global Technologies, Inc., *et al.*,

    Plaintiffs,

v.                                                          Case No. 07-10945

Magna Donnelly Corp.,                            Honorable Sean F. Cox

    Defendant.
_____/

## ORDER OVERRULING PLAINTIFFS' OBJECTIONS TO MAGISTRATE JUDGE MAZOUB'S MAY 27, 2008 OPINION & ORDER

Plaintiffs brought suit against Defendants in this action alleging that Defendant infringed their patents and misappropriated certain trade secrets. The matter is currently before the Court on Plaintiffs' objections to a May 27, 2008 Opinion & Order issued by Magistrate Judge Mona Mazoub, wherein she denied Plaintiffs' motion seeking to compel production of documents that Defendant contends are protected by the attorney-client privilege.

The Court finds that the issues have been adequately presented in the parties' briefs and that oral argument would not significantly aid the decisional process. *See* Local Rule 7.1(e)(2), U.S. District Court, Eastern District of Michigan. The Court therefore orders that the motion will be decided upon the briefs.

A district court judge may designate a magistrate judge to hear and determine pretrial matters pursuant to 28 U.S.C. §636(b)(1). When a magistrate judge hears and determines a non-dispositive motion (*i.e.*, one that is not enumerated in §636(b)(1)(A)), the district judge to whom the case is assigned may reconsider the order addressing that motion "where it has been shown

1

that the magistrate judge's order is clearly erroneous or contrary to law." *Id*.; *see also* FED. R. CIV. P. 72.

Having reviewed Magistrate Judge Mazoub's Order, and Plaintiffs' objections to that Order, the Court finds that Plaintiffs have not shown the Order to be clearly erroneous or contrary to law.

Accordingly, the Court **OVERRULES** Plaintiffs' Objections to the May 27, 2008 Order and **DENIES** Plaintiffs' request for modification of that Order.

**IT IS SO ORDERED.**

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: July 2, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 2, 2008, by electronic and/or ordinary mail.

S/Jennifer Hernandez
Case Manager