# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DURA GLOBAL, TECHNOLOGIES, INC., et al.,

    Plaintiffs,

CIVIL ACTION NO. 07-CV-10945-DT

vs.

DISTRICT JUDGE SEAN F. COX

MAGNA DONNELLY CORP.,

MAGISTRATE JUDGE MONA K. MAJZOUB

    Defendant.
_____/

## OPINION AND ORDER DENYING PLAINTIFFS' REQUEST FOR CLARIFICATION OR ALTERNATIVELY FOR RECONSIDERATION

This matter comes before the Court on Plaintiffs' Request for Clarification of the August 18, 2008 Opinion and Order Denying Plaintiffs' Motion for Appropriate Relief or Alternatively for Reconsideration of the August 18, 2008 Order. (Docket no. 295). Defendant has responded. (Docket no. 310). Plaintiffs filed a brief in opposition to Defendant's Response. (Docket no. 317). The Court dispenses with oral argument pursuant to E.D. Mich. LR 7.1(e). This motion is now ready for ruling.

Generally, motions for rehearing or for reconsideration are not granted unless the movant shows "a palpable defect by which the court and the parties have been misled" and that correcting the defect will result in a different disposition of the case. E.D. Mich. LR 7.1(g)(3). Plaintiffs have failed to show that rehearing or clarification of the earlier Order is justified.

**IT IS THEREFORE ORDERED** that Plaintiffs' Request for Clarification or for Reconsideration (docket no. 295) is **DENIED.**

## NOTICE TO THE PARTIES

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. 636(b)(1).

Dated: October 17, 2008           s/ Mona K. Majzoub
                                      MONA K. MAJZOUB
                                      UNITED STATES MAGISTRATE JUDGE

## PROOF OF SERVICE

I hereby certify that a copy of this Order was served upon Counsel of Record on this date.

Dated: October 17, 2008           s/ Lisa C. Bartlett
                                        Courtroom Deputy