UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DURA GLOBAL TECHNOLOGIES,
INC., DURA OPERATING CORP.,

      Plaintiffs,                            Case No. 07-10945

v.                                      HONORABLE SEAN F. COX
                                         United States District Judge

MAGNA DONNELLY CORPORATION,
a/k/a DONNELLY CORPORATION,

      Defendant.
_____/

## OPINION & ORDER OVERRULING PLAINTIFF'S OBJECTIONS TO MAGISTRATE JUDGE MAJZOUB'S OCTOBER 17, 2008 OPINION & ORDER [Doc. No. 323]

On October 18, 2008, Plaintiff Dura Global Technologies, Inc. ("Dura") filed its

Objections to Magistrate Judge Majzoub's October 17, 2008 Opinion & Order Denying

Plaintiff's Request for Clarification or Alternatively for Reconsideration" [Doc. No. 323]. In

that motion, Dura contests the findings of Magistrate Judge Majzoub in her August 18, 2008

Opinion & Order "Denying Plaintiff's Motion for Appropriate Relief" [Doc. No. 289].

In the October 17, 2008 Opinion & Order, Magistrate Judge Majzoub held that "Plaintiffs

have failed to show that rehearing or clarification of the earlier Order [Doc. No. 289] is justified"

[*See* Doc. No. 323, p.1], relying upon the Court's usual practice of not granting motions for

reconsideration or rehearing unless the movant demonstrates a "palpable defect by which this

Court and the parties have been misled." *See* E.D. Mich. L.R. 7.1(h)(3).

Upon consideration of the arguments presented by Dura in its brief [*See* Doc. No. 323],

this court declines to hear oral argument on these issues pursuant to E.D. Mich. L.R. 7.1(h)(2).

1

As the Court agrees with the well-reasoned opinion of Magistrate Judge Majzoub dated October 17, 2008 [Doc. No. 322] - as well as Magistrate Judge Majzoub's underlying opinion dated August 18, 2008 [*See* Doc. No. 289], the Court **OVERRULES** Dura's objections to Magistate Judge Majzoub's October 17, 2008 Opinion & Order [Doc. No. 323].

**IT IS SO ORDERED**.

s/Sean F. Cox
Sean F. Cox
United States District Judge

Dated:  September 28, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 28, 2010, by electronic and/or ordinary mail.

s/Jennifer Hernandez
Case Manager